

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

L & W SUPPLY CORPORATION
d/b/a ACOUSTICAL & DRYWALL SUPPLY

PLAINTIFF

v.                                               CIVIL ACTION NO. 3:03-CV-585-H

ACUITY, A MUTUAL INSURANCE CO.

DEFENDANT

## ACUITY'S MOTION TO COMPEL DISCOVERY
## AND FOR AN EXTENSION OF DISCOVERY

Defendant, Acuity, A Mutual Insurance Company ("Acuity"), by counsel, pursuant to

Rule 37 of the Federal Rules of Civil Procedure, moves the Court for an order compelling

discovery.  Plaintiff filed suit against Acuity claiming amounts due on a payment bond and

alleging Acuity violated the Unfair Claims Settlement Practices Act, KRS 304.12-230.  In

defense of these claims, Acuity sought to take the deposition of plaintiff's attorneys regarding

their negotiation with Acuity which gave rise to the bad faith failure to settle claim.

Additionally, Acuity sought to obtain discovery from Plaintiff regarding a particular aspect of

plaintiff's work on the construction project which gave rise to the underlying payment bond

claim.  Plaintiff's counsel has refused to give a deposition and has refused to produce the

requested documents related to Plaintiff's work on the project.  Therefore, Acuity seeks an order

compelling Plaintiff's counsel's deposition and discovery of the project documents.  Because of

Plaintiff's refusal to provide the requested discovery, Acuity seeks an order extending the current

discovery deadline of September 1, 2004 to November 1, 2004 to allow it to take discovery on

these matters.

This motion is supported by the attached Memorandum of Law and Certification.

Respectfully submitted,

Joseph L. Hardesty
Matthew A. Gillies
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
(502) 587-3400

and

Lawrence R. Moelmann
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312)704-3000

Counsel for Acuity, A Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, on this 30 day of Aug , 2004, upon:

John H. Dwyer, Jr., Esq.
Laurence J. Zielke, Esq.
PEDLEY ZIELKE & GORDINIER, PLLC
Meidinger Tower, 29th floor
462 S. Fourth Street
Louisville, KY 40202

Timothy D. Martin
ALBER CRAFTON, PLLC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, Kentucky 40222

Joseph L. Hardesty